```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
LUIS MERCEDES,                                                   :
                                                                 :
                                            Plaintiff,           :    1:23-cv-6226-GHW
                                                                 :
                       -against-                                 :         ORDER
                                                                 :
BENCHMARK MEDIA SYSTEMS, INC.,                                   :
                                                                 :
                                            Defendant.           :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2023

GREGORY H. WOODS, United States District Judge:

On August 14, 2023, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than August 28, 2023. Dkt. No. 11. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's August 14, 2023 order forthwith, and in no event later than September 1, 2023.

SO ORDERED.

Dated: August 29, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge