UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS MERCEDES,<br><br>       Plaintiff(s),<br><br>   v.<br><br>BENCHMARK MEDIA SYSTEMS, INC.,<br><br>       Defendant(s). | 23 Civ. 6226 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at

https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

  Provided, the conference scheduled for February 20, 2024, is **ADJOURNED** to **February 28, 2024, at 3:00 P.M. EST.** The parties shall join the conference by dialing (646) 453 – 4442 and entering the Conference ID: 711 435 876, followed by the pound sign (#). The parties shall file the joint status letter and proposed case management plan, available at the Court's website, by **February 21, 2024**.

Dated: December 11, 2023
    New York, New York

                           DALE E. HO
                        United States District Judge