UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS MERCEDES,<br><br>                     Plaintiff,<br><br>        v.<br><br>BENCHMARK MEDIA SYSTEMS,<br><br>                     Defendant. | 23 Civ. 6226 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

      The operative case management plan and scheduling order, issued on February 23, 2024, requires the parties to file a joint post-discovery letter by August 14, 2024.  *See* ECF No. 21.  No such letter was filed.

      It is hereby **ORDERED** that the parties shall file the required letter as soon as possible and no later than **August 16, 2024**.  Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

      SO ORDERED.

Dated: August 15, 2024
       New York, New York

                                                           DALE E. HO
                                                   United States District Judge